IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| JAMES MILLER, | Case No. 8:15-cv-358 |
|---|---|
| Plaintiff, | |
| v. | |
| THE TRANSIT AUTHORITY OF THE CITY OF OMAHA D/B/A METRO AREA TRANSIT AND TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, LOCAL 223, | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the parties' joint stipulation for dismissal. The Court concludes that dismissal of the above-captioned action should be approved. The Complaint in the above-captioned action should be dismissed without prejudice, each party to bear its own costs and fees.

IT IS ORDERED:

1. The Complaint in the above-captioned action should be dismissed without prejudice.

2. The Court will not assess costs and attorney's fees.

Dated this 21st day of December, 2015.

BY THE COURT:

s/ Joseph Bataillon
Senior United States District Judge