IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES MILLER,<br><br>Plaintiff,<br><br>v.<br><br>THE TRANSIT AUTHORITY OF THE CITY OF OMAHA D/B/A METRO AREA TRANSIT AND TRANSPORT WORKERS UNION OF AMERICA, AFL-CIO, LOCAL 223,<br><br>Defendants. | Case No. 8:15-cv-358<br><br>AMENDED ORDER OF DISMISSAL WITH PREJUDICE |

This matter is before the Court on the parties' joint stipulation for dismissal with prejudice. The Court concludes that dismissal of the above-captioned action should be approved. The Complaint in the above-captioned action should be dismissed with prejudice, each party to bear its own costs and fees.

IT IS ORDERED:

1. The Court's Order of Dismissal entered on December 21, 2015 (Doc # 10) is hereby vacated.

2. The Complaint in the above-captioned action should be dismissed with prejudice.

3. The Court will not assess costs and attorney's fees.

Dated this 22nd day of December, 2015.

BY THE COURT:

s/Joseph Bataillon
Senior United States District Judge

437763.1